216

LEDBETTER *v.* MAXWELL, Ordinary.

CANDLER, Justice. This case is controlled by the ruling on the question of jurisdiction rendered in the case of Brockett *v.* Maxwell, ante.
*Transferred to the Court of Appeals. All the Justices concur.*
No. 15298. JANUARY 9, 1946.

*H. G. Bell,* for plaintiff. *Vance Custer,* for defendant.